UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Skilled Nursing Care Services of Mecklenburg, LLC | ) ) | No. 3:09-cv-00426 |
| Plaintiff | ) ) | |
| v. | ) ) | ORDER |
| Cincinnati Insurance Company, | ) ) ) | |
| Defendant | ) | |

The parties move this Court to reconsider its earlier order denying a state pending outcome of a related state arbitration. See Doc. No. 7. The Court finds no new reason justifying reconsideration of its earlier order. Resolution of this case, rather than staying this case pending a state arbitration which will not necessarily resolve all issues pending in this case, will promote judicial economy.

Thus the Motion for Reconsideration (Doc. No. 7) is DENIED.

Signed: January 17, 2010

Frank D. Whitney
United States District Judge