IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00426-W

| | |
|---|---|
| SKILLED NURSING CARE SERVICES OF MECKLENBURG, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CINCINNATI INSURANCE COMPANY, | )  ORDER ) |
| Defendant and Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| BLUE RIDGE ENTERPRISE, INC., | ) ) |
| Third-Party Defendant. | ) ) |

THE MATTER is before the Court upon the filing of Defendant/Third-Party Plaintiff Cincinnati Insurance Company's response (Doc. No. 11) to the Show Cause Order issued by this Court (Doc. No. 10). The Court has reviewed the response and finds it to be sufficient. Moreover, as a result of the Answer filed by Blue Ridge Enterprises, Inc., (Doc. No. 12) on February 4, 2010, joinder of the issues has now occurred. Accordingly, as noticed by the Court on February 5, 2010, the parties shall promptly conduct an Initial Attorneys' Conference and file the appropriate Certification. A pre-trial conference with the undersigned, if requested, shall take place via telephone at the first possibility following the submission of the Certification.

IT IS SO ORDERED.

Signed: February 8, 2010

Frank D. Whitney
United States District Judge