# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**SKILLED NURSING CARE SERVICES OF MECKLENBURG, LLC,**

    Plaintiff,

vs.

**CINCINNATI INSURANCE COMPANY,**

    Defendant/Third-Party Plaintiff,

vs.

**BLUE RIDGE ENTERPRISES, INC.,**

    Third-Party Defendant.

CASE NO. 3:09-cv-00426-FDW-DSC

## MEMORANDUM AND RECOMMENDATION AND ORDER

**THIS MATTER** is before the Court on Defendants' "Joint Motion for Involuntary Dismissal of Plaintiff's Complaint, or, Alternatively to Compel Disclosure" (document #16) filed May 4, 2010, and the Plaintiff's "Response ..." (document #17) filed May 5, 2010. In its Response, Plaintiff credibly represents that it has now served its Initial Disclosures. Moreover, the record reflects that Defendants filed their Motion without first seeking an informal telephone conference with the undersigned as required by the "Case Management Order." Document #15 at 5. .

For these reasons as well as the other reasons stated in Plaintiff's Response, the Court <u>denies</u> the Motion to the extent Defendants seek non-dispositive relief and respectfully recommends that dispositive relief be <u>denied</u> as well.

The parties are hereby advised that, pursuant to 28 U.S.C. §636(b)(1)(c), written objections to the proposed findings of fact and conclusions of law and the recommendation contained in this Memorandum must be filed within fourteen (14) days after service of same. Failure to file

objections to this Memorandum with the District Court constitutes a waiver of the right to de novo review by the District Court. Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005); Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir. 1997); Snyder v. Ridenour, 889 F.2d 1363, 1365 (4th Cir. 1989). Moreover, failure to file timely objections will also preclude the parties from raising such objections on appeal. Thomas v. Arn, 474 U.S. 140, 147 (1985); Diamond, 416 F.3d at 316; Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003); Wells, 109 F.3d at 201; Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is directed to send copies of this Memorandum and Recommendation and Order to counsel for the parties; and to the Honorable Frank D. Whitney.

**SO ORDERED AND RECOMMENDED**.

Signed: May 7, 2010

David S. Cayer
United States Magistrate Judge